# EXHIBIT 2


(12) **United States Design Patent** (10) Patent No.: **US D1,078,633 S**

Maiwald et al. (45) Date of Patent: ** **Jun. 10, 2025**

(54) **COMPACT CHARGING ADAPTER**

(71) Applicant: **Dropcases, Ltd.**, Kowloon (HK)

(72) Inventors: **Christopher Eckhard Maiwald**, Kowloon (HK); **German Chan**, Kowloon (HK); **Jason Chen**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/952,628**

(22) Filed: **Jul. 17, 2024**

(51) **LOC (15) Cl.** .............................................. **13-02**

(52) **U.S. Cl.**
USPC ........................................ **D13/107**; D13/133

(58) **Field of Classification Search**
USPC ...... D13/107, 108, 118, 119, 184, 199, 133, D13/146
CPC .......... B60L 53/10; B60L 53/16; B60L 53/18; H02J 7/00; H02J 7/02; H02J 7/025; H02J 7/0013; H02J 7/0042; H02J 7/0044; H02J 7/0045; H02J 50/005; H02J 50/10; H05K 5/02; H05K 5/0217; H05K 5/0247
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D409,567 S | 5/1999 | Carmo et al. | |
| D456,356 S | 4/2002 | Togashi | |
| D471,517 S | 3/2003 | Nazar | |
| D471,870 S | 3/2003 | Lee | |
| D560,614 S | 1/2008 | McEvoy et al. | |
| D587,202 S * | 2/2009 | Dobler | D13/133 |
| D632,652 S | 2/2011 | Wikel et al. | |
| D633,869 S | 3/2011 | Aromin et al. | |
| D635,937 S | 4/2011 | Aromin et al. | |
| D667,378 S * | 9/2012 | Yamamoto | D13/133 |
| D667,379 S * | 9/2012 | Fukushima | D13/133 |
| D669,033 S * | 10/2012 | Senk | D13/133 |
| D673,122 S * | 12/2012 | Huss, Jr. | D13/133 |
| D697,870 S * | 1/2014 | Yamamoto | D13/146 |
| D698,730 S * | 2/2014 | Hori | D13/146 |
| D700,143 S * | 2/2014 | Ichio | D13/133 |
| D700,573 S | 3/2014 | Esses | |
| D702,186 S * | 4/2014 | Muller | D13/133 |
| D702,641 S * | 4/2014 | Ichio | D13/146 |
| D702,648 S * | 4/2014 | Ichio | D13/174 |
| D702,656 S * | 4/2014 | Ichio | D13/184 |
| D711,831 S * | 8/2014 | Muller | D13/146 |
| D711,832 S * | 8/2014 | Muller | D13/146 |
| D714,225 S * | 9/2014 | Ichio | D13/146 |

(Continued)

OTHER PUBLICATIONS

Amazon.com: Lectron Tesla Supercharger . . . Date first available of May 30, 2024. Retrieved from the internet at <https://www.amazon.com/Lectron-Supercharger-Electric-Vehicle-Adapter/dp/B0D5M4RTK8/>, Aug. 21, 2024. 1 page. (Year: 2024).*

(Continued)

*Primary Examiner* — Christy Nemeth
(74) *Attorney, Agent, or Firm* — BOAG LAW PLLC; David A. Boag

(57) **CLAIM**

The ornamental design for a compact charging adapter as shown and described.

**DESCRIPTION**

FIG. **1** is a rear perspective view of a compact charging adapter showing our new design;
FIG. **2** is a right side view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a rear view thereof; and,
FIG. **7** is a front view thereof.
The broken lines in the drawings illustrate portions of the article that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D716,233 | S | * | 10/2014 | Lai .............................. D13/146 |
| D720,297 | S | * | 12/2014 | Meis ............................ D13/146 |
| D738,318 | S | | 9/2015 | Andersson et al. |
| D743,893 | S | * | 11/2015 | Kuribayashi ................ D13/146 |
| D763,199 | S | | 8/2016 | Katagiyama et al. |
| D768,082 | S | * | 10/2016 | Chuang ........................ D13/146 |
| D795,193 | S | | 8/2017 | Huang |
| D797,052 | S | * | 9/2017 | Moseke ........................ D13/146 |
| D818,964 | S | | 5/2018 | Corona |
| D857,634 | S | * | 8/2019 | Reitenbach .................. D13/133 |
| D874,402 | S | | 2/2020 | Kim et al. |
| D884,645 | S | * | 5/2020 | Fukuyama .................... D13/146 |
| D887,988 | S | | 6/2020 | Sakaizawa et al. |
| D890,704 | S | * | 7/2020 | Moseke ........................ D13/146 |
| D900,038 | S | | 10/2020 | Kurita et al. |
| D925,443 | S | * | 7/2021 | Moseke ........................ D13/107 |
| D928,714 | S | * | 8/2021 | Van-Der-Veer .............. D13/146 |
| D998,571 | S | * | 9/2023 | Luo .............................. D13/133 |
| D1,010,578 | S | * | 1/2024 | Wallensteiner ............. D13/107 |
| D1,010,583 | S | * | 1/2024 | Wallensteiner .......... D13/139.7 |
| D1,010,584 | S | * | 1/2024 | Wallensteiner .......... D13/139.7 |
| D1,018,469 | S | * | 3/2024 | Maiwald ...................... D13/133 |
| D1,024,932 | S | * | 4/2024 | Chen ............................ D13/107 |
| D1,028,879 | S | * | 5/2024 | Hashiguchi ................. D13/107 |
| D1,034,471 | S | * | 7/2024 | Maiwald ...................... D13/133 |
| D1,035,580 | S | * | 7/2024 | Loercher ..................... D13/133 |
| D1,035,589 | S | * | 7/2024 | Williams ..................... D13/146 |
| D1,035,590 | S | * | 7/2024 | Garcia-Ferre .............. D13/146 |
| D1,036,386 | S | * | 7/2024 | Loercher ..................... D13/133 |
| D1,037,161 | S | * | 7/2024 | Loercher ..................... D13/133 |

| | | | |
|---|---|---|---|
| 2021/0206280 | A1 | * | 7/2021 | Führer .................... H01R 24/30 |
| 2022/0234455 | A1 | * | 7/2022 | Fuehrer .................. B60L 53/302 |
| 2022/0281334 | A1 | * | 9/2022 | Xia ........................ B60L 53/16 |
| 2022/0371457 | A1 | * | 11/2022 | Park .................... H01R 13/639 |
| 2023/0398885 | A1 | * | 12/2023 | Takagi .................. H01R 13/621 |
| 2024/0149716 | A1 | * | 5/2024 | Ive ........................ B60L 53/16 |
| 2024/0208342 | A1 | * | 6/2024 | Stamm .................. H01R 13/502 |
| 2024/0270096 | A1 | * | 8/2024 | Shin .................. H01R 13/6275 |

### OTHER PUBLICATIONS

"250KW NACS to CCS Adapter EV Charging Adapter for Tesla V1/V2/V3 Dc Charging Stations Non-Tesla Model Tesla Supercharger Adapter," https://www.aliexpress.us/item/3256807075166052.html?src=google&gatewayAdapt=glo2usa, accessed Jul. 12, 2024.

"NACS to CCS1 Adapter, Charge CCS1 Electric Cars on Tesla Supercharger, 1000V Dc," https://www.ebay.com/itm/176434993455?chn=ps&mkevt=1&mkcid=28, accessed Jul. 12, 2024.

2024 Lectron Tesla Supercharger (NACS) to CCS Adapter | Vortex Plug | 500A | 1000V, https://ev-lectron.com/products/lectron-vortex-plug-tesla-supercharger-nacs-to-ccs-adapter, last accessed Jul. 12, 2024.

Amazon.com, "NACS to CCS Adapter, EV Charging Adapter for Tesla V1/V2/V3/V4 DC Charging Stations, Non-Tesla Models, Tesla Supercharger Adapter, 250KW Dc Fast Charging, NACS to CCS1 Adapter," ASIN B0D7PM9RKQ, accessed Jul. 12, 2024.

https://a2zevshop.com/products/nacs-ccs1?variant=43186507579592, accessed Jul. 15, 2024.

https://www.aliexpress.us/item/3256806537331347.html?src=google&gatewayAdapt=glo2usa, accessed Jul. 15, 2024.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7